**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jeffrey Wetzel Pring |
| Debtor 2 | Sandra Carol Pring aka Sandra Carol Boyd |
| (Spouse if Filing) | |
| United States Bankruptcy Court for the: | Southern District of WV (State) |
| Case Number | 18-20591 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of Creditor** | Quicken Loans Inc. |
| **Last 4 digits** of any number you use to identify the debtor's account: | 6471 |

| | |
|---|---|
| **Court claim no. (if known):** | 10 |
| **Date of payment change:** Must be at least 21 days after date of this notice | November 1, 2019 |
| **New total payment:** Principal, interest, and escrow, if any | 700.36 |

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 88.32    New escrow Payment: $ 108.84

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   X No

   ☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate _____ %    New Interest rate: _____ %
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

1. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   X No

   ☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (Court approval may be required before the payment change can take effect.)

   Reason for Change: _____

   Current mortgage payment: $ _____    New Mortgage Payment: $ _____

| Debtor 1 | Jeffrey | Wetzel | Pring | Case Number *(if known)* | 18-20591 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

x **/s/ David C Nalley**
Signature

Date **09/20/2019**

Print:   David   C   Nalley          Title   Attorney for Creditor
         First Name   Middle Name   Last Name

Company   Reisenfeld & Associates LLC

Address   3962   Red Bank Road
          Number   Street

          Cincinnati          OH        45227
          City                State     Zip Code

Contact Phone  (513) 322 - 7000           Email   wvbk@rslegal.com

---

Official Form 410S1                Notice of Mortgage Payment Change                page 2

## CERTIFICATE OF SERVICE

I certify that on the __20th__ day of __September__, __2019__ a copy of the foregoing was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**Via ECF Mail:**

    Shari L. Collias, Debtor's Counsel
    scollias@colliaslaw.com

    Helen M. Morris, Bankruptcy Trustee
    ch13trustee@wvtrustee.org

    U.S. Trustee
    ustpregion04.ct.ecf@usdoj.gov

**Via Regular U.S. Mail, postage prepaid on:**

    Jeffrey Wetzel Pring , Debtor
    415 Jarvis Street
    Charleston, WV 25302

    Sandra Carol Pring aka Sandra Carol Boyd , Debtor
    2106 Kanawha Blvd. East Apartment 52B
    Charleston, WV 25311

    /s/ David C Nalley
    David C Nalley, Esq.

```
     JEFFREY W PRING
     415 JARVIS ST
     CHARLESTON            WV 25302
```



                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                                 ACCOUNT HISTORY

       THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
     12/01/18 THROUGH 10/31/19.
       YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
              679.84 OF WHICH       591.52 WAS FOR PRINCIPAL AND INTEREST
       AND          88.32 WENT INTO YOUR ESCROW ACCOUNT.

```
            PROJ     ACTUAL   PROJ                        ACTUAL    PROJ      ACTUAL
            ESCROW   ESCROW   ESCROW                      ESCROW    ESCROW    ESCROW
     MO/YR  DEPOSIT  DEPOSIT  PAYMENTS DESCRIPTION        PAYMENTS  BALANCE   BALANCE
     STARTING BALANCE ...........................................   264.94     70.06
     12/18   88.32    88.32                                          353.26    158.38
     01/19   88.32    88.32                                          441.58    246.70
     02/19   88.32    88.32     209.66 CNTY TAXES          209.66    320.24    125.36
     03/19   88.32    88.32                                          408.56    213.68
     04/19   88.32    88.32                                          496.88    302.00
     05/19   88.32    88.32                                          585.20    390.32
     06/19   88.32    88.32                                          673.52    478.64
     07/19   88.32    88.32                                          761.84    566.96
     08/19   88.32    88.32     209.66 CNTY TAXES          235.83*   640.50    419.45
     09/19   88.32    88.32  Y                                  Y    728.82    507.77
     10/19   88.32    88.32  Y  640.50 HAZ INS             713.91*Y  176.64    117.82-
     11/19   88.32           *                                       264.96
```

       LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
       MADE DURING THIS PERIOD EQUALING       1,059.82. UNDER FEDERAL LAW,
       YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED         176.64
       (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
       UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
       UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
       BALANCE SHOULD NOT HAVE EXCEEDED           176.64.

       AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
       EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
       PLEASE CALL OUR TOLL-FREE NUMBER.

```
                              ACCOUNT PROJECTION

     COUNTY TAX            :        471.66
     HAZARD INS            :        713.91
     -----------------------------------------
     ANNUAL DISBURSEMENTS  :      1,185.57
           1,185.57 / 12 =           98.80 ESCROW PAYMENT

        PAYMENTS       PAYMENTS                      CURRENT BAL    REQUIRED BAL
MO/YR     TO             FROM      DESCRIPTION       PROJECTION     PROJECTION
BALANCE AS OF 10/31/19..........................       117.82-         197.57
11/19     98.80                                         19.02-         296.37
12/19     98.80                                         79.78          395.17
01/20     98.80                                        178.58          493.97
02/20     98.80        235.83     CNTY TAXES            41.55          356.94
03/20     98.80                                        140.35          455.74
04/20     98.80                                        239.15          554.54
05/20     98.80                                        337.95          653.34
06/20     98.80                                        436.75          752.14
07/20     98.80                                        535.55          850.94
08/20     98.80        235.83     CNTY TAXES           398.52          713.91
09/20     98.80                                        497.32          812.71
10/20     98.80        713.91     HAZ INS              117.79-         197.60

     THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS       117.82-. YOUR
     STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE      197.57 .

     THIS MEANS YOU HAVE A SHORTAGE OF       120.51.** THIS SHORTAGE MAY
     BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
     SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
     OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
     COLLECT IT OVER 12 MONTHS.

     ** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

     YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
            700.36 OF WHICH      591.52 WILL BE FOR PRINCIPAL AND
     INTEREST AND       98.80 WILL GO INTO YOUR ESCROW ACCOUNT.

     NEW PAYMENT INFORMATION
         PRINCIPAL AND INTEREST             591.52
         ESCROW PAYMENT                      98.80
         OVER/SHORT SPREAD                   10.04
                                        --------------
     NEW PAYMENT EFFECTIVE 11/01/19         700.36

     KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
     ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.
```